THOMAS DICKINSON et al., Appellants, *v.* MARY A. ENSIGN, Respondent.

(Argued April 24, 1890; decided June 3, 1890.)

APPEAL from order of the General Term of the Superior Court of Buffalo, made January 10, 1888, which reversed, on the facts, a judgment in favor of defendant entered upon the report of a referee and granted a new trial.

The court here, after an examination of the evidence, reach the conclusion " that the referee's findings were warranted by the evidence."

*Truman C. White* for appellant.

*George M. Osgoodby* for respondent.

FOLLETT, Ch. J., reads *mem.* for reversal of order and for affirmance of judgment.

All concur, except PARKER and BROWN, JJ., dissenting. Order reversed and judgment affirmed.

---

LUCY A. NELSON, Respondent, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

(Argued April 25, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made January 10, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*P. W. Cullinan* for appellant.

*G. S. Piper* for respondent.

Agree to affirm ; no opinion.

All concur, except FOLLETT, Ch. J., and HAIGHT, J., not sitting.

Judgment affirmed.